James W. Rushford
RUSHFORD & BONOTTO, LLP
2277 Fair Oaks Blvd., Suite 495
Sacramento, CA 95825
Phone: (916) 565-0590
Fax: (916) 565-0599
JRushford@rushfordbonotto.com

Michael R. Kealy (Pro Hac Vice)
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  (775) 323-1601
Facsimile:  (775) 348-7250
MKealy@parsonsbehle.com

Attorneys for Defendant Dong Min

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RUSSELL SIGLER, INC., a New Mexico corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>DONG MIN, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:13-cv-01323-LKK-AC<br><br>[Filed July 2, 2013 – The Honorable Judge Lawrence K. Karlton]<br><br>**STIPULATION AND ORDER VACATING MOTION TO DISMISS** |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Russell Sigler, Inc. ("Sigler") and Defendant Dong Min ("Min"), by and through their respective counsel, as follows:

/ / /

-1-

1. Sigler filed the instant action on July 2, 2013;

2. Min recently filed a Demand For Arbitration with Judicate West on August 15, 2013. The parties are meeting and conferring over the effect of this Demand as it relates to the instant action;

3. Min hereby withdraws his Motion to Dismiss, and the parties agree the hearing on that Motion set for Monday, August 26, 2013, should be vacated;

4. Min shall have an extension of time to file a responsive pleading to Sigler's Complaint in this matter, up to and including October 4, 2013, as the parties meet and confer; and

5. Each party agrees to bear his/its own fees and costs incurred in relation to Min's Motion to Dismiss that is hereby withdrawn.

DATED:  August 23, 2013.

| By: | /s/ J. David Bournazian | By: | /s/ Michael R. Kealy |
|---|---|---|---|
| | J. David Bournazian<br>Emily F. Burdine<br>BAKER & HOSTETLER, LLP<br>600 Anton Blvd., Suite 900<br>Costa Mesa, CA  92626<br>dbournazian@bakerlaw.com<br>Attorneys for Plaintiff Russell Sigler, Inc. | | James W. Rushford<br>RUSHFORD & BONOTTO, LLP<br>2277 Fair Oaks Blvd., Suite 495<br>Sacramento, CA 95825<br>Phone: (916) 565-0590<br>Fax: (916) 565-0599<br>JRushford@rushfordbonotto.com<br><br>Michael R. Kealy  (Pro Hac Vice)<br>PARSONS BEHLE & LATIMER<br>50 W. Liberty Street, Suite 750<br>Reno, Nevada 89501<br>MKealy@parsonsbehle.com<br><br>Attorneys for Defendant Dong Min |

IT IS SO ORDERED.

DATED:  August 23, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT