James W. Rushford
RUSHFORD & BONOTTO, LLP
1010 Hurley Way, Suite 410
Sacramento, CA  95825
Phone: (916) 565-0590
Fax: (916) 565-0599
JRushford@rushfordbonotto.com

Michael R. Kealy (Pro Hac Vice)
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  (775) 323-1601
Facsimile:  (775) 348-7250
MKealy@parsonsbehle.com

Attorneys for Defendant Dong Min

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| RUSSELL SIGLER, INC., a New Mexico corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>DONG MIN, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:13-cv-01323-LKK-AC |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

Plaintiff, Russell Sigler, Inc. ("Sigler") and Defendant Dong Min ("Min"),

by and through their respective counsel, hereby agree and stipulate to extend by ten (10) calendar days the briefing schedule ordered by this Court on January 13, 2014, following a hearing on Min's Motion for Stay.  Counsel for the parties conferred on January 14, 2014 with Min's arbitration counsel, Chip Edleson and Joann Rezzo of San Diego, California to discuss possible agreement on an arbitrator and possible agreement upon the terms of an arbitration process to be further discussed. If successful, these efforts could obviate the need for the briefing ordered by this Court.

Counsel agree that additional time is needed to fully complete this effort and therefore request that this Court extend the current briefing schedule by deferring Min's opening brief filing date to Monday, February 3, 2014 by 4:30 p.m., with Sigler's responsive brief due no later than Friday, February 14, 2014 at 4:30 p.m.,[1] and Min's reply brief due Friday, February 21, 2014 no later than 4:30 p.m.

DATED:  January 15, 2014

BAKER & HOSTETLER, LLP

 /s/  J. David Bournazian
J. David Bournazian
600 Anton Blvd., Suite 900
Costa Mesa, CA  92626
(714) 966-8861
dbournazian@bakerlaw.com
Attorneys for Plaintiff

DATED:  January 15, 2014

PARSONS BEHLE & LATIMER

 /s/  Michael R. Kealy
Michael R. Kealy (Pro Hac Vice)
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
(775) 323-1601
mkealy@parsonsbehle.com
Attorneys for Defendant

IT IS SO ORDERED.

DATED:  January 16, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Counsel note and agree that these dates give Sigler 11 calendar days from the filing of the opening brief to file a responsive brief, and 7 calendar days for Min's Reply inclusive of Presidents' Day.