James W. Rushford
RUSHFORD & BONOTTO, LLP
1010 Hurley Way, Suite 410
Sacramento, CA  95825
Phone: (916) 565-0590
Fax: (916) 565-0599
JRushford@rushfordbonotto.com

Michael R. Kealy (Pro Hac Vice)
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  (775) 323-1601
Facsimile:  (775) 348-7250
MKealy@parsonsbehle.com

Attorneys for Defendant Dong Min

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RUSSELL SIGLER, INC., a New Mexico corporation,<br><br>Plaintiff,<br><br>v.<br><br>DONG MIN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01323-LKK-AC |

## STIPULATION AND ORDER FOR EXTENSION OF TIME
### (Second Request)

-1-


1     Plaintiff, Russell Sigler, Inc. ("Sigler") and Defendant Dong Min ("Min"), by and through their respective counsel, hereby agree and stipulate to extend the briefing schedule ordered by this Court on January 13, 2014, following a hearing on Min's Motion for Stay.

    Counsel previously stipulated to extend the briefing schedule by ten (10) days, but counsel for Defendant Min learned on Monday, January 27, 2014 that he needed back surgery on Wednesday, January 29, 2014.  Counsel for Min will be out of commission while he is recuperating from surgery, thus the need for this additional extension.  Counsel have agreed that additional time is needed and therefore request that this Court extend the current briefing schedule by fourteen (14) days, by deferring Min's opening brief filing date to Tuesday, February 18, 2014 (Monday, February 17, 2014 is Presidents' Day) by 4:30 p.m., with Sigler's responsive brief due no later than Tuesday, March 4, 2014 at 4:30 p.m., and Min's reply brief due Tuesday, March 11, 2014 no later than 4:30 p.m.

    Further, the parties are actively negotiating a stipulation to proceed with arbitration which would obviate the need for any further briefing before this Court.  They anticipate having a stipulation finalized by early next week.

DATED:  January 30, 2014          DATED:  January 30, 2014

BAKER & HOSTETLER, LLP            PARSONS BEHLE & LATIMER

 /s/  J. David Bournazian          /s/  Michael R. Kealy
J. David Bournazian               Michael R. Kealy (Pro Hac Vice)
600 Anton Blvd., Suite 900        50 W. Liberty Street, Suite 750
Costa Mesa, CA  92626             Reno, Nevada 89501
dbournazian@bakerlaw.com          mkealy@parsonsbehle.com
Attorneys for Plaintiff           Attorneys for Defendant

IT IS SO ORDERED.

DATED:  January 31, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-