J. David Bournazian (State Bar No. 186194)
Emily F. Burdine (State Bar No. 232939)
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA  92626-7221
Telephone:  714.754.6600
Facsimile:  714.754.6611
Email:   dbournazian@bakerlaw.com
             eburdine@bakerlaw.com

Attorneys for RUSSELL SIGLER, INC., a New Mexico corporation

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RUSSELL SIGLER, INC., a New Mexico corporation, <br><br> Plaintiff, <br><br> v. <br><br> DONG MIN, an individual; and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No.: 2:13-cv-01323-LLK-AC <br><br> **Complaint filed: July 1, 2013** <br> Assigned to: Hon. Lawrence K. Karlton <br><br> **STIPULATION AND ORDER REGARDING ARBITRATION** |

Plaintiff, Russell Sigler, Inc. ("Sigler"), Defendant Dong Min ("Min"), as well as Erin McBride and Leslie Holbrook (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

## **RECITALS**

WHEREAS, on July 1, 2013, Sigler filed the instant action, Case No. 2:13-cv-01323-LKK-AC (the "Litigation");

WHEREAS, on July 23, 2013, Min filed a motion to dismiss, which Min subsequently withdrew;

WHEREAS, on August 15, 2013, Min filed a Demand for Arbitration (the "Demand") with Judicate West, naming Min and two other claimants, Erin McBride and Leslie Holbrook, (collectively with Min, the "Claimants"), demanding arbitration in San Francisco;

WHEREAS, Sigler informed Judicate West of the Litigation and raised concerns about the location and improper joinder of additional parties, and Judicate West stayed the arbitration pending the Litigation;

WHEREAS, on November 18, 2013 Min filed a Motion for Stay of the Litigation pending completion of arbitration;

WHEREAS, on January 13, 2014, this Court ordered the Litigation stayed pending resolution of the Motion to Stay and ordered the Parties to brief whether the Court or the arbitrator decides the content of the arbitration agreement as to who the arbitrator will be;

WHEREAS, Sigler and the Claimants met and conferred regarding proceeding to arbitration, the issues this Court requested that the Parties brief, and staying the Litigation; and,

WHEREAS, the Parties, including all Claimants, have agreed and stipulated to mediate and arbitrate the Litigation, including the claims in the Demand, and have stipulated to mutually agree upon a mediator and, if necessary, an arbitrator(s) for the Litigation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Before any arbitration takes place, Sigler and the Claimants shall mediate the claims of the Claimants before a mutually agreed upon mediator located in Sacramento, California, or at a location mutually agreed upon by the Parties;

2. Should the Claimants not settle their claims in mediation, Sigler and the Claimants shall arbitrate this matter before an arbitrator from JAMS mutually agreed upon;

3. The arbitrator shall be located and venued in Sacramento, California with JAMS, and the arbitration shall be undertaken in Sacramento, California;

4. The threshold issue of whether to bifurcate and separate the claims of the Claimants into separate arbitrations or proceedings shall be decided upon first by an arbitrator mutually agreed upon by the Parties that is different than the arbitrator deciding the merits of the case. This initial arbitrator does not have to be located in Sacramento and can be affiliated with an arbitration service different from the arbitration service deciding the merits of the case, subject to mutual agreement of Sigler and the Claimants;

5. The Parties stipulate to stay the Litigation, with this Court having the power to enforce the arbitration decision and all issues related to this stipulation or agreement to go to arbitration; and,

6. The Parties agree to bear their own fees and costs in regard to the Litigation. Responsibility for costs and attorney's fees for mediation and arbitration shall be in accordance with JAMS Rules for employment disputes and/or as determined by the mediator and arbitrator(s).

///
///
///
///

1  IT IS SO STIPULATED AND AGREED:

3  DATED: February 14, 2014            DATED: February 14, 2014

4  BAKER & HOSTETLER, LLP              PARSONS BEHLE & LATIMER

6  /s/ J. David Bournazian             /s/ Michael R. Kealy
   J. David Bournazian                 Michael R. Kealy (Pro Hac Vice)
7  600 Anton Blvd., Suite 900          50 W. Liberty Street, Suite 750
   Costa Mesa, CA  92626               Reno, Nevada 89501
8  (714) 966-8861                      (775) 323-1601
9  dbournazian@bakerlaw.com            mkealy@parsonsbehle.com
   Attorneys for Plaintiff             Attorneys for Defendant
10 Russell Sigler, Inc.                Dong Min

12                                     DATED: February 14, 2014

13                                     EDLESON & REZZO

15                                     /s/ L.B. Chip Edleson
                                       L.B. Chip Edleson
16                                     Emerald Plaza
                                       402 West Broadway, 27th Floor
17                                     San Diego, CA 92101
18                                     (619) 230-8402
                                       ce@edrezlaw.com
19                                     Attorneys for Claimants
                                       Erin McBride, Leslie Holbrook, and
20                                     Dong Min

## **ORDER**

IT IS HEREBY ORDERED THAT:

    1.    Plaintiff, Russell Sigler, Inc. ("Sigler"), Defendant Dong Min, as well as Erin McBride and Leslie Holbrook (collectively, the "Parties") shall mediate the claims before a mutually agreed upon mediator located in Sacramento, California, or at a location mutually agreed upon by the Parties;

    2.    Should the Parties not settle their claims in mediation, the Parties shall arbitrate this matter before an arbitrator from JAMS mutually agreed upon;

    3.    The arbitrator shall be located and venued in Sacramento, California with JAMS, and the arbitration shall be undertaken in Sacramento, California;

    4.    The threshold issue of whether to bifurcate and separate the claims of Dong Min, Erin McBride and Leslie Holbrook (collectively, the "Claimants") into separate arbitrations or proceedings shall be decided upon first by an arbitrator mutually agreed upon by the Parties that is different than the arbitrator deciding the merits of the case.  This initial arbitrator does not have to be located in Sacramento and can be affiliated with an arbitration service different from the arbitration service deciding the merits of the case, subject to mutual agreement of Sigler and the Claimants;

    5.    The instant action, Case No. 2:13-cv-01323-LKK-AC (the "Litigation"), is hereby stayed, with this Court having the power to enforce the arbitration decision and all issues related to this stipulation or agreement to go to arbitration; and,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

6. The Parties agree to bear their own fees and costs in regard to the Litigation. Responsibility for costs and attorney's fees for mediation and arbitration shall be in accordance with JAMS Rules for employment disputes and/or as determined by the mediator and arbitrator(s).

DATED: February 28, 2014.

                                                                             _____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA