UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSEL SIGLER, INC., a New Mexico corporation,<br><br>Plaintiff,<br><br>v.<br><br>DONG MIN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | No.  2:13-cv-01323-MCE-AC<br><br>**ORDER** |

On February 28, 2014, the Court ordered the case stayed while the parties conducted mediation and then arbitration, if necessary.   ECF No. 43.  On June 26, 2015, the Court ordered the parties to show cause as to why the stay should not be lifted and litigation resumed.  ECF No. 45.  The Court is now in receipt of Plaintiff's Response (ECF No. 46) and Defendant's Status Report (ECF No. 47).

According to the parties' filings, the parties participated in mediation on October 3, 2014, during which Defendant Min and one other claimant resolved their claims against Plaintiff.  Another claimant, Erin McBride, did not settle and his claim against Plaintiff will be proceeding to arbitration in August 2015.

Good cause appearing, the Court will maintain the stay pending claimant McBride's arbitration proceedings.  The parties are ordered to file a joint status report

1 | with the Court six (6) months from the electronic filing of this order.  The Court declines
2 | to issue Defendant's requested order requiring Plaintiff to "pay invoices submitted by the
3 | arbitrator within 5 business days of receipt by [Plaintiff]'s counsel."  ECF No. 47 at 3.
4 |     IT IS SO ORDERED.
5 | Dated:  July 17, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT