J. DAVID BOURNAZIAN, Bar No. 186194
david.bournazian@troutmansanders.com
JENNY S. KIM, Bar No. 282562
jenny.kim@troutmansanders.com
**TROUTMAN SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:    949.622.2700
Facsimile:     949.622.2739

Attorneys for Plaintiff
RUSSELL SIGLER, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RUSSELL SIGLER, INC., a New Mexico corporation,<br><br>Plaintiff,<br><br>v.<br><br>DONG MIN, an individual; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:13-cv-01323-MCE-AC<br><br>Chief Judge Morrison C. England, Jr.<br><br>**JOINT STIPULATION AND ORDER THEREON FOR DISMISSAL, WITH PREJUDICE, OF ACTION**<br><br>Complaint filed: July 1, 2013 |

Plaintiff, Russell Sigler, Inc. ("Sigler"), Defendant Dong Min ("Min"), as well as Erin McBride ("McBride") and Leslie Holbrook ("Holbrook") (Min, McBride, and Holbrook are collectively referred to as the "Claimants"; Sigler and the Claimants are collectively referred to as the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

**RECITALS**

WHEREAS, on July 1, 2013, Sigler filed the instant action, Case No. 2:13-cv-01323-LKK-AC (the "Litigation");

WHEREAS, the Claimants initiated an arbitration demand in California at Judicate West and then at JAMS Endispute, REF# 1130006126, while the Litigation remained pending;

WHEREAS, on November 18, 2013 Min filed a Motion for Stay of the Litigation pending

completion of arbitration;

WHEREAS, on January 13, 2014, this Court ordered the Litigation stayed pending resolution of the Motion to Stay;

WHEREAS, the Litigation is presently stayed to allow for binding arbitration before JAMS Endispute under REF# 1130006126;

WHEREAS, on October 3, 2014, the Parties undertook mediation before Kimberly Deck, Esq. of Judicate West in San Diego, where Min and Holbrook reached a settlement with Sigler;

WHEREAS, on November 7, 2014, Min and Holbrook dismissed their claims in arbitration (Attached hereto and incorporated herein as Exhibits "A" and "B");

WHEREAS, on April 8, 2016, the McBride and Sigler undertook mediation before Hon. Diane Wayne of JAMS Endispute, where at the McBride reached a settlement with Sigler;

WHEREAS, on June 3, 2016, McBride dismissed his claims in arbitration (Attached hereto and incorporated herein as Exhibit "C");

WHEREAS, the Parties wish to conclude this matter amicably on behalf of themselves and without further litigation, and for a complete waiver of costs and fees;

Therefore, the Parties respectfully request the Court dismiss, with prejudice, the entire action styled as *Russell Sigler, Inc. v. Dong Min, et al.*, Case No. 5 2:13-cv-01323-MCE-AC, pending in the United States District Court, Eastern District of California, Sacramento Division. The Parties will each bear their own costs and fees.

**IT IS SO HEREBY STIPULATED AND AGREED:**

Dated: June 13, 2016                             Respectfully submitted,

                                                 TROUTMAN SANDERS LLP


                                                 By:  */s/ J. David Bournazian*
                                                    J. David Bournazian
                                                    Attorneys for Defendant
                                                    RUSSELL SIGLER, INC.


Dated: June 13, 2016                             EDLESON & REZZO

By: */s/ Joanne Rezo(as authorized on 6/6/16)*
L.B. Chip Edleson
Joanne Rezzo
Attorneys for Claimants
Erin McBride, Leslie Holbrook, and
Dong Min

## ORDER

Pursuant to Stipulation, it is hereby ORDERED that the entire action styled as *Russell Sigler, Inc. v. Dong Min, et al.*, Case No. 5 2:13-cv-01323-MCE-AC, pending in the United States District Court, Eastern District of California, Sacramento Division, is dismissed with prejudice. The Parties will each bear their own costs and fees.

IT IS SO ORDERED.

**Dated: June 13, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE